SANDERS LAW GROUP

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

Application GRANTED. The status conference currently scheduled for October 13, 2026 is ADJOURNED to **October 20, 2026 at 10:00 a.m.** The parties' joint letter is now due by **October 13, 2026**. All other provisions of this Court's Initial Case Management Order (Dkt. 34) remain in effect.

SO ORDERED.

September 29, 2026

**Barbara Moses, U.S.M.J.**

September 28, 2026

**VIA ECF**

Hon. Barbara C. Moses (U.S.M.J.)
U.S. District Court
Southern District of New York
500 Pearl Street
New York 10007

Re: *Global Weather Productions LLC v. Univision Communications Inc.*, 1:25-cv-06047-ALC-BCM

Dear Judge Moses:

This firm represents plaintiff Global Weather Productions LLC ("*Plaintiff*") in the above-captioned matter and writes pursuant to Rule 2.A of the Court's Individual Practices, to respectfully request a brief adjournment of the Status Conference, currently scheduled to be conducted in-person on October 13, 2026, at 10:00 a.m. [Dkt. No. 34]

1. the original date of the conference or proceeding: October 13, 2026, at 10:00 a.m.;

2. this is the first request for adjournment of the Status Conference;

3. no previous requests for an adjournment have been granted or denied;

4. due to circumstances unforeseen at the previous 6/22/26 conference, Plaintiff's lead counsel will be out-of-state on October 13 (and counsel is mindful of the Court's preference to conduct hearings in-person rather than via remote means);

5. Plaintiff has met and conferred with counsel for defendant, who has indicated that she does not oppose a brief adjournment of the Status Conference. Counsel for the parties are available on the following suggested alternate dates:

   • October 15; October 16 (afternoon only); October 19; October 20, October 21 (after 2:00 pm); October 22

No other scheduled dates will be impacted if the Court grants this request. Thank you for Your Honor's consideration of this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 9/29/26

Respectfully submitted,

MEMO ENDORSED

SLG SANDERS LAW GROUP

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

s/ *James H Freeman* /
James H. Freeman

*Counsel for Plaintiff*