SLG SANDERS · LAW GROUP ·

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/14/26

October 14, 2026

**VIA ECF**

MEMO ENDORSED

Honorable Barbara C. Moses
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Global Weather Productions, LLC v. Univision Communications, Inc.*, 1:25-cv-CV-06047-ALC-BCM

Dear Judge Moses:

We represent Plaintiff Global Weather Productions, LLC ("Plaintiff") in the above-captioned case. We write to inform the Court that the parties have reached a settlement in principle pending their negotiation of a final settlement agreement. On October 13, 2026, we filed a letter with Judge Carter requesting that the action be conditionally dismissed with the right to reopen in 30 days [Dkt. No. 43].

In light of the parties' settlement in principle, and notification to Judge Carter, we respectfully request that the status conference scheduled before Your Honor on October 20, 2026 be adjourned *sin die*.

(1) the date of the conference is October 20, 2026;

(2) there was one previous request for a one week adjournment of this conference;

(3) the previous request was granted [Dkt. No. 42];

(4) the reasons for the present request is the parties' settlement in principle and to conserve party and judicial resources pending the consummation of settlement;

(5) Defendant Univision Communications, Inc. consents to the requested relief.

Application GRANTED. The status conference currently scheduled for October 20, 2026 is ADJOURNED *sine die*.

SO ORDERED.

October 14, 2026

**Barbara Moses**
**United States Magistrate Judge**

Respectfully Submitted,

*s/ James H. Freeman /*
James H. Freeman

*Counsel for Plaintiff*

SANDERS LAW GROUP

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878